Commonwealth *v.* Saunders, Appellant.

Argued November 11, 1971. *J. Graham Sale, Jr.*, Assistant Public Defender, with him *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *J. Alan Johnson*, Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Schubert, Appellant.

Argued November 8, 1971. *William C. Robinson*, with him *Henninger & Robinson*, for appellant; *T. A. Tenor*, First Assistant District Attorney, with him *Robert C. Reed*, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.